1 | Greggory C. Brandt, Bar No. 189487
**WENDEL, ROSEN, BLACK & DEAN LLP**
2 | 1111 Broadway, 24th Floor
Oakland, California 94607
3 | Telephone: (510) 834-6600
Fax: (510) 834-1928
4 | Email: gbrandt@wendel.com

5 | Attorneys for Plaintiffs
Allan A. Sebanc and Beverly M. Sebanc,
6 | individually and as Trustees of the Sebanc Family
Trust, Kenneth D. McCloskey and Charlotte M.
7 | McCloskey, individually and as Trustees of the
McCloskey Family Trust

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ALLAN A. SEBANC and BEVERLY M. SEBANC, individually and as TRUSTEES OF THE SEBANC FAMILY TRUST, KENNETH D. MCCLOSKEY and CHARLOTTE M. MCCLOSKEY, individually and as TRUSTEES OF THE MCCLOSKEY FAMILY TRUST, | Case No. C 10-04853 SC |
|---|---|
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| vs. | |
| SHELL OIL COMPANY, a Delaware corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

The Parties, having entered into a Confidential Settlement Agreement and Release, hereby stipulate through their designated counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action be and hereby is dismissed with prejudice. The undersigned parties further stipulate and agree that each party is to bear their costs, expenses and attorneys' fees in connection with the above-captioned action.

///

///

| | | |
|---|---|---|
| 1 | Dated: November 10, 2011 | WENDEL, ROSEN, BLACK & DEAN LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Greggory C. Brandt |
| | | Attorneys for Plaintiffs |
| 5 | | Allan A. Sebanc and Beverly M. Sebanc, individually and as Trustees of the Sebanc |
| 6 | | Family Trust, Kenneth D. McCloskey and Charlotte M. McCloskey, individually and |
| 7 | | as Trustees of the McCloskey Family Trust |
| 8 | Dated: November 9, 2011 | WILLENKEN WILSON LOH & LIEB LLP |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Jason H. Wilson |
| | | Carlos A. Singer |
| 12 | | Attorneys for Defendant |
| | | Shell Oil Company |

**IT IS SO ORDERED**
*[Signature]*
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

016917.0001\2137094.1

*STIPULATION OF DISMISSAL*
*Case No. C 10-04853 SC*

- 2 -