1  Greggory C. Brandt, Bar No. 189487
   **WENDEL, ROSEN, BLACK & DEAN LLP**
2  1111 Broadway, 24th Floor
   Oakland, California  94607
3  Telephone:  (510) 834-6600
   Fax:  (510) 834-1928
4  Email:  gbrandt@wendel.com

5  Attorneys for Plaintiffs
   Allan A. Sebanc and Beverly M. Sebanc,
6  individually and as Trustees of the Sebanc Family
   Trust, Kenneth D. McCloskey and Charlotte M.
7  McCloskey, individually and as Trustees of the
   McCloskey Family Trust

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  ALLAN A. SEBANC and BEVERLY M.          Case No.  C 10-04853 SC
    SEBANC, individually and as TRUSTEES
13  OF THE SEBANC FAMILY TRUST,             **STIPULATION OF DISMISSAL**
    KENNETH D. MCCLOSKEY and
14  CHARLOTTE M. MCCLOSKEY,
    individually and as TRUSTEES OF THE
15  MCCLOSKEY FAMILY TRUST,

16              Plaintiffs,

17       vs.

18  SHELL OIL COMPANY, a Delaware
    corporation, and DOES 1 through 10,
19  inclusive,

20              Defendants.

21

22       The Parties, having entered into a Confidential Settlement Agreement and Release, hereby

23  stipulate through their designated counsel pursuant to Federal Rule of Civil Procedure

24  41(a)(1)(A)(ii) that the above-captioned action be and hereby is dismissed with prejudice.  The

25  undersigned parties further stipulate and agree that each party is to bear their costs, expenses and

26  attorneys' fees in connection with the above-captioned action.

27  / / /

28  / / /

*STIPULATION OF DISMISSAL*                    - 1-
*Case No.  C 10-04853 SC*

016917.0001\2137094.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607

1   Dated: November 10, 2011          WENDEL, ROSEN, BLACK & DEAN LLP

2

3                                     By: _____

4                                     Greggory C. Brandt
                                      Attorneys for Plaintiffs
5                                     Allan A. Sebanc and Beverly M. Sebanc,
                                      individually and as Trustees of the Sebanc
                                      Family Trust, Kenneth D. McCloskey and
6                                     Charlotte M. McCloskey, individually and
                                      as Trustees of the McCloskey Family Trust
7

8   Dated: November 9, 2011           WILLENKEN WILSON LOH & LIEB LLP

9

10                                    By: _____

11                                    Jason H. Wilson
                                      Carlos A. Singer
12                                    Attorneys for Defendant
                                      Shell Oil Company
13

14

15

16

17                                    UNITED STATES DISTRICT COURT

18                                    IT IS SO ORDERED

19                                    Judge Samuel Conti

20                                    NORTHERN DISTRICT OF CALIFORNIA

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607

*STIPULATION OF DISMISSAL*
*Case No.  C 10-04853 SC*                    - 2 -

016917.0001\2137094.1